UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-0798 FMO (SSCx) | Date | September 30, 2024 |
|---|---|---|---|
| Title | Moises Ross v. Tata Consultancy Services Limited | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**  (In Chambers) Order to Show Cause Re: Further Proceedings

Having reviewed defendant Tata Consultancy Services Limited's Notice of Ruling Granting Motion to Compel Arbitration in a Related State Court Action (Dkt. 30) and Notice of Errata (Dkt. 31), IT IS ORDERED THAT no later than **October 7, 2024**, each side shall submit a Memorandum Re: Stay, no longer than 10 pages, setting forth whether this action should be stayed pending completion of the state court-ordered arbitration of plaintiff's individual claim under the California Private Attorneys General Act ("PAGA"), Cal. Lab. Code §§ 2698, et seq.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |