JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOISES ROSS, individually, and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TATA CONSULTANCY SERVICES LTD., an Indian corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:24-cv-00798-FMO-SSC<br><br>**ORDER ON STIPULATION [38] TO DISMISS ACTION WITHOUT PREJDUICE**<br><br>*[Filed concurrently with Joint Stipulation; and Declaration of Diego Aviles]*<br><br>State Court Complaint Filed: December 28, 2023<br>Trial Date: Not set |

## **ORDER GRANTING STIPULATION**

After reviewing the Parties' concurrently filed Joint Stipulation to Dismiss Action Without Prejudice, and for good cause shown, the Court hereby orders:

1. The Action is dismissed in its entirety, without prejudice.
2. No notice of dismissal shall be issued to the putative class; and
3. There is no prevailing party for the purposes related to this dismissal, and thus all Parties will bear their own attorney's fees and costs with respect to this action.

**IT IS SO ORDERED.**

Dated: January 15, 2025

By   /s/
HONORABLE FERNANDO M. OLGUIN
United States District Judge
Central District of California